IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>ENERGIZER HOLDINGS, INC.,<br>SCHICK MANUFACTURING, INC.,<br>EVEREADY BATTERY COMPANY,<br>INC., and ENERGIZER BATTERY, INC.<br><br>            Defendants. | Civil Action No. 03-cv-12455-DPW<br><br>JURY TRIAL DEMANDED |

**DEFENDANT THE GILLETTE COMPANY'S CORPORATE
DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3, plaintiff The Gillette Company hereby discloses that The Gillette Company is a public company, the shares of which are traded on the New York Stock Exchange under the ticker symbol "G." The Gillette Company does not have any parent corporations and no publicly held company owns ten percent or more of The Gillette Company's stock.

THE GILLETTE COMPANY

By its attorneys,

/s/ Jane E. Willis
William L. Patton (BBO #391640)
Jane E. Willis (BBO #568024)
Dalila Argaez Wendlandt (BBO #639280)
Levina Wong (BBO #654510)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000

Of Counsel:                                  John E. Nathan
                                             Lewis R. Clayton
                                             Daniel J. Leffell
                                             Steven C. Herzog
                                             PAUL, WEISS, RIFKIND, WHARTON &
                                                GARRISON LLP
                                             1285 Avenue of the Americas
                                             New York, New York 10019
                                             (212) 373-3000

                                             Attorneys for Plaintiff

Dated: March 5, 2004