UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC., SCHICK MANUFACTURING, INC., EVEREADY BATTERY COMPANY, INC., and ENERGIZER BATTERY, INC.<br><br>                Defendants. | C.A. NO. 03-12455 DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of Maia H. Harris of the firm of Nixon Peabody LLP on behalf of Defendants Energizer Holdings, Inc., Schick Manufacturing, Inc., Eveready Battery Company, Inc., and Energizer Battery, Inc.

                                                  ENERGIZER HOLDINGS, INC.,
                                                  SCHICK MANUFACTURING, INC.,
                                                  EVEREADY BATTERY COMPANY,
                                                  INC., and
                                                  ENERGIZER BATTERY, INC.

                                                  By their attorneys,

                                                  /s/ Maia H. Harris
                                                  Richard D. Rochford, BBO No. 423950
                                                  Jason C. Kravitz, BBO No. 565904
                                                  Maia H. Harris, BBO No. 648208
                                                  NIXON PEABODY LLP
                                                  101 Federal Street
                                                  Boston, MA 02110
                                                  Telephone:  (617) 345-1000
                                                  Facsimile:  (617) 345-1300

Dated:  March 5, 2004

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 5, 2004 I caused a courtesy copy of the above-referenced document to be served by mail, on:

    Levina Wong, Esq.
    ROPES & GRAY
    One International Place
    Boston, MA  02110-2624

            /s/_____
            Maia H. Harris