UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC., SCHICK MANUFACTURING, INC., EVEREADY BATTERY COMPANY, INC., and ENERGIZER BATTERY, INC.<br><br>                Defendants. | C.A. NO. 03-12455 DPW |

## NOTICE OF CHANGE OF ADDRESS

Please change the address on record for Richard D. Rochford, Jason C. Kravitz and Maia H. Harris, attorneys of record for Defendants Energizer Holdings, Inc., Schick Manufacturing, Inc., Eveready Battery Company, Inc., and Energizer Battery, Inc., to the following:

        NIXON PEABODY LLP
        100 Summer Street
        Boston, MA 02110

        ENERGIZER HOLDINGS, INC.,
SCHICK MANUFACTURING, INC.,
EVEREADY BATTERY COMPANY,
INC., and
ENERGIZER BATTERY, INC.

By their attorneys,

/s/ Maia H. Harris
Richard D. Rochford, BBO No. 423950
Jason C. Kravitz, BBO No. 565904
Maia H. Harris, BBO No. 648208
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300

Dated: March 23, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2004 I caused a courtesy copy of the above-referenced document to be served by mail, on:

    Levina Wong, Esq.
ROPES & GRAY
One International Place
Boston, MA 02110-2624

/s/ Maia H. Harris