UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC.,<br>SCHICK MANUFACTURING, INC.,<br>EVEREADY BATTERY COMPANY, INC.,<br>and ENERGIZER BATTERY, INC.,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 03 12455 DPW |

## ASSENTED-TO MOTION FOR *PRO HAC VICE* ADMISSION OF MATTHEW J. GIPSON AS COUNSEL FOR DEFENDANTS

Pursuant to Local Rule 83.5.3(b), Jason C. Kravitz ("Mr. Kravitz") herein moves, on behalf of on behalf of Defendants Energizer Holdings, Inc., Schick Manufacturing, Inc., Eveready Battery Company, Inc., and Energizer Battery, Inc. ( collectively "Energizer") for the admission *pro hac vice* of Attorney Matthew J. Gipson in this action. In support of this Motion, Kravitz states as follows:

　　1.　　Mr. Kravitz, a partner in the Boston office of Nixon Peabody LLP ("Nixon Peabody"), is a member in good standing of the Bar of the Commonwealth of Massachusetts and of this Court. Along with other attorneys of Nixon Peabody, Mr. Kravitz is co-counsel for Energizer in the above-captioned matter.

　　2.　　Energizer desires that Nixon Peabody be assisted by Mr. Gipson, who works with Energizer's long-time counsel, Randall G. Litton, a partner of the Grand Rapids, Michigan law firm of Price, Heneveld, Cooper, DeWitt & Litton. Mr. Gipson is a member in good standing of the Michigan bar and of the United States District Court for the Western District of Michigan.

3. In further support of this Motion, attached as Exhibit 1 is the Declaration of Matthew J. Gipson, attesting as follows: (1) that he is a member in good standing in every jurisdiction in which he has been admitted to practice; (2) that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) that he is generally familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Counsel for plaintiff The Gillette Company ("Gillette") has indicated that Gillette does not oppose this motion.

WHEREFORE, it is respectfully requested that Attorney Matthew J. Gipson be admitted *pro hac vice* in this action.

ENERGIZER HOLDINGS, INC.,
SCHICK MANUFACTURING, INC.,
EVEREADY BATTERY COMPANY, INC.,
and ENERGIZER BATTERY, INC.,

Defendants

By their Attorneys,

Richard D. Rochford, BBO No. 423950
Jason C. Kravitz, BBO No. 565904
Maia H. Harris, BBO No. 648208
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300

DATED: April 13, 2004

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 13, 2004, I have served a true copy of the within document, by first class mail, on:

        Levina Wong
        ROPES & GRAY
        One International Place
        Boston, MA  02110-2624

                                        _____
                                        Jason C. Kravitz

BOS1372110.1