UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC.,<br>SCHICK MANUFACTURING, INC.,<br>EVEREADY BATTERY COMPANY, INC.,<br>and ENERGIZER BATTERY, INC.<br><br>Defendants. | CIVIL ACTION NO. 03 12455 DPW |

### ASSENTED-TO MOTION FOR *PRO HAC VICE* ADMISSION OF GINTA D. KUKAINIS AS COUNSEL FOR DEFENDANTS

Pursuant to Local Rule 83.5.3(b), Jason C. Kravitz ("Mr. Kravitz") herein moves, on behalf of Defendants Energizer Holdings, Inc., Schick Manufacturing, Inc., Eveready Battery Company, Inc., and Energizer Battery, Inc. ( collectively "Energizer") for the admission *pro hac vice* of Attorney Ginta D. Kukainis in this action. In support of this Motion, Kravitz states as follows:

1.      Mr. Kravitz, a partner in the Boston office of Nixon Peabody LLP ("Nixon Peabody"), is a member in good standing of the Bar of the Commonwealth of Massachusetts and of this Court. Along with other attorneys of Nixon Peabody, Mr. Kravitz is co-counsel for Energizer in the above-captioned matter.

2.      Energizer desires that Nixon Peabody be assisted by Energizer's counsel, Ginta D. Kukainis, who works with Energizer's long-time counsel, Randall G. Litton, a partner of the Grand Rapids, Michigan law firm of Price, Heneveld, Cooper, DeWitt & Litton. Ms. Kukainis is a member in good standing of the Michigan bar and of the federal courts of Michigan.

3.    In further support of this Motion, attached as Exhibit 1 is the Declaration of Ginta D. Kukainis in Support of Motion for *Pro Hac Vice* Admission, attesting as follows: (1) that she is a member in good standing in every jurisdiction in which she has been admitted to practice; (2) that there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) that she is generally familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.    Counsel for plaintiff The Gillette Company ("Gillette") has indicated that Gillette does not oppose this motion.

WHEREFORE, it is respectfully requested that Attorney Ginta D. Kukainis be admitted *pro hac vice* in this action.

> ENERGIZER HOLDINGS, INC.,
> SCHICK MANUFACTURING, INC.,
> EVEREADY BATTERY COMPANY, INC.,
> and ENERGIZER BATTERY, INC.
>
> Defendants
>
> By their Attorneys,
>
> _____
> Richard D. Rochford, BBO No. 423950
> Jason C. Kravitz, BBO No. 565904
> Maia H. Harris, BBO No. 648208
> NIXON PEABODY LLP
> 100 Summer Street
> Boston, MA 02110
> Telephone: (617) 345-1000
> Facsimile: (617) 345-1300

DATED: April 13, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2004, I caused a true copy of the above document to be served, by first class mail, on:

Levina Wong
ROPES & GRAY
One International Place
Boston, MA  02110-2624

_____
Jason C. Kravitz

BOS1372125.1