UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>ENERGIZER HOLDINGS, INC., )<br>SCHICK MANUFACTURING, INC. )<br>EVEREADY BATTERY COMPANY, INC. )<br>and ENERGIZER BATTERY, INC. )<br>)<br>Defendants )<br>) | Civil Action No. 03-12455 |

**DEFENDANTS' CORPORATE DISCLOSURE
STATEMENT PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3, Defendants Energizer Holdings, Inc., Schick Manufacturing Inc., Eveready Battery Company, Inc. & Energizer Battery, Inc., submit this Corporate Disclosure Statement. Defendant Energizer Holdings, Inc. ("Energizer") is a publicly traded company, traded on the New York Stock Exchange under the symbol ENR. Defendant Eveready Battery Company, Inc. is a wholly-owned subsidiary of Energizer, and defendants Schick Manufacturing, Inc. and Energizer Battery, Inc. are wholly-owned subsidiaries of Eveready Battery Company, Inc.

ENERGIZER HOLDINGS, INC.
SCHICK MANUFACTURING, INC.
EVEREADY BATTERY COMPANY, INC.
ENERGIZER BATTERY, INC.
Defendants

By their Attorneys,

*/s/ Richard D. Rochford*

Richard D. Rochford, BBO No. 423950
Jason C. Kravitz, BBO No. 565904
Maia H. Harris, BBO No. 648208
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300


Randall G. Litton
Matthew J. Gipson
Ginta D. Kukainis
*Pro Hac Vice Application Pending*
PRICE, HENEVELD, COOPER, DEWITT & LITTON
695 Kenmoor SE
P.O. Box 2567
Grand Rapids, Michigan 49501-2567
Telephone: (616) 949-9610
Facsimile: (616) 957-8196

April 13, 2004

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 13 day of April, 2004, I caused true copy of the within document to be served, by first class mail, upon:

> Levina Wong
> ROPES & GRAY
> One International Place
> Boston, MA  02110-2624

_____
Jason C. Kravitz

BOS1370226.1