IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC., SCHICK MANUFACTURING, INC., EVEREADY BATTERY COMPANY, INC., and ENERGIZER BATTERY, INC.<br><br>Defendants. | Civil Action No. 03-12455-DPW |

## CERTIFICATION OF JOHN E. NATHAN
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of New York, and of the following federal courts: the United States Supreme Court, the United States Courts of Appeal for the Second and Federal Circuits, and the United States District Courts for the Southern District of New York and the Eastern District of New York. I also certify that I am generally familiar with this Court's Local Rules and that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

John E. Nathan
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

Dated: May 5, 2004