IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC.,<br>SCHICK MANUFACTURING, INC.,<br>EVEREADY BATTERY COMPANY,<br>INC., and ENERGIZER BATTERY, INC.<br><br>Defendant. | Civil Action No. 03-12455-DPW |

**CERTIFICATION OF LEWIS R. CLAYTON
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b), I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of New York, and of the following federal courts: the United States Courts of Appeal for the Second, Third, Fifth, Seventh, Tenth, Eleventh, Federal and District of Columbia Circuits, the District of Columbia Court of Appeals, the United States Court of Claims, the United States Court of International Trade, the United States Tax Court, and the United States District Courts for the Southern District of New York, the Eastern District of New York, the District of Arizona, and the District of Nevada. I also certify that I am generally familiar with this Court's Local Rules and that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

_____
Lewis R. Clayton
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

Dated: May 5, 2004