IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>ENERGIZER HOLDINGS, INC.,<br>SCHICK MANUFACTURING, INC.,<br>EVERREADY BATTERY COMPANY,<br>INC., and ENERGIZER BATTERY, INC.,<br><br>    Defendants. | Civil Action No. 03-12455 (DPW) |

**MOTION FOR ADMISSION PRO HAC VICE**

  Levina Wong, a member of the Bar of the United States District Court for the District of Massachusetts, who has entered an appearance in this action on behalf of Plaintiff, The Gillette Company, hereby moves this Court for admission *pro hac vice* of Paul D. Lall, as counsel for Plaintiff, The Gillette Company, pursuant to Local Rule 83.5.3.

  Attached hereto in support of this motion is the certificate of Mr. Lall; that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and that he is familiar with the local rules of this Court.

                 THE GILLETTE COMPANY

                  By its attorneys,

                 /s/ Levina Wong
                 Levina Wong, (BBO # 654510)
                 ROPES & GRAY LLP
                 One International Place
                 Boston, MA 02110-2624
                 (617) 951-7000

Dated: May 6, 2004

9293181.1