IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC.,<br>SCHICK MANUFACTURING, INC.,<br>EVEREADY BATTERY COMPANY,<br>INC., and ENERGIZER BATTERY, INC.<br><br>    Defendants. | Civil Action No. 03-12455-DPW |

## CERTIFICATION OF PAUL D. LALL
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of New York, and of the United States District Court for the Southern District of New York. I also certify that I am generally familiar with this Court's Local Rules and that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

/s/ Paul D. Lall
Paul D. Lall
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

Dated: May 4, 2004

552347_2.DOC