IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>                 Plaintiff,<br><br>        v.<br><br>ENERGIZER HOLDINGS, INC.,<br>SCHICK MANUFACTURING, INC.,<br>EVEREADY BATTERY COMPANY,<br>INC., and ENERGIZER BATTERY, INC.,<br><br>                 Defendants. | Civil Action No. 03-12455-DPW |

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)**

The plaintiff in the above-captioned action and its undersigned representatives hereby certify that they have conferred; (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of litigation; and (b) to consider a resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| /s/ Donal B. Tobin | /s/ Jane E. Willis |
| Donal B. Tobin | William L. Patton (BBO #391640) |
| Vice President, Intellectual Property | Jane E. Willis (BBO #568024) |
| THE GILLETTE COMPANY | Dalila Argaez Wendlandt (BBO #639280) |
| Prudential Tower Building | ROPES & GRAY LLP |
| Boston, MA  02199-8004 | One International Place |
| (617) 421-7889 | Boston, MA 02110-2624 |
| | (617) 951-7000 |

Of counsel:
   John E. Nathan
   Lewis R. Clayton
   Daniel J. Leffell
   Steven C. Herzog
  PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  1285 Avenue of the Americas
  New York, New York 10019
  (212) 373-3000

Attorneys for Plaintiff

Dated: May 6, 2004