IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE GILLETTE COMPANY,

Plaintiff,

v.

ENERGIZER HOLDINGS, INC.,
SCHICK MANUFACTURING, INC.,
EVEREADY BATTERY COMPANY,
INC., and ENERGIZER BATTERY, INC.

Defendants.

Civil Action No. 03-12455-DPW

**CERTIFICATION OF CATHERINE NYARADY**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b), I certify that I am eligible for admission to this Court

and am admitted, practicing and in good standing as a member of the Bar of New York, the

Patent Bar, and the following federal courts: the United States Supreme Court, the United States

Courts of Appeal for the Second and Federal Circuits, and the United States District Courts for

the Southern District of New York and the Eastern District of New York. I also certify that I am

generally familiar with this Court's Local Rules and that there are no disciplinary proceedings

pending against me as a member of the bar in any jurisdiction.

Catherine Nyarady
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

Dated: May 21, 2004