Respectfully submitted,

ENERGIZER HOLDINGS, INC., SCHICK
MANUFACTURING, INC., EVEREADY BATTERY
COMPANY, INC., and ENERGIZER BATTERY, INC.

By their Attorneys,

_____

Richard D. Rochford, BBO No. 423950
Jason C. Kravitz, BBO No. 565904
Maia H. Harris, BBO No. 648208
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone:  (617) 345-1000
Facsimile:  (617) 345-1300

Randall G. Litton (admitted *pro hac vice*)
Matthew J. Gipson (admitted *pro hac vice*)
Ginta D. Kukainis (admitted *pro hac vice*)
PRICE, HENEVELD, COOPER, DEWITT & LITTON, LLP
695 Kenmoor, S.E.
P.O. Box 2567
Grand Rapids, Michigan 49501-2567
616/949-9610
616/957-8196 (facsimile)

July __ , 2004

16

REQUEST FOR ORAL ARGUMENT
PURSUANT TO LOCAL RULE 7.1(D)

Defendants hereby request an opportunity to present oral argument in support of their motion. They believe that doing so will assist the Court in better understanding the claim limitation(s) at issue and why plaintiff's allegations are baseless and deserving of sanctions.

Jason C. Kravitz


CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Counsel for defendants hereby certifies that it has attempted in good faith to resolve or narrow the issues presented in this motion but has been unable to do so. Specifically, defendants' counsel sent plaintiff's counsel a letter requesting that they voluntarily withdraw all claims relating to the '595 Patent. Plaintiff's counsel refused to do so.

Jason C. Kravitz


CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2004, I served a copy of the within document by hand upon:

     Levina Wong
     ROPES & GRAY
     One International Place
     Boston, MA  02110-2624

Jason C. Kravitz