UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>             Plaintiff/<br>             Counter-Defendant,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC., SCHICK MANUFACTURING, INC., EVEREADY BATTERY COMPANY, INC., and ENERGIZER BATTERY, INC.<br><br>             Defendant/<br>             Counter-Plaintiff. | C.A. No. 03 12455 DPW |

**NOTICE OF FILING WITH THE CLERK'S OFFICE**

Notice is hereby given that Exhibits 1 through 17 to *Defendants' Motion for Sanctions Pursuant to Rule 11(c) and Request for Oral Argument* are being manually filed and are available in paper form only.

The original documents are maintained in the case file in the Clerk's Office, and a hard-copy is being served to Catherine Nyarody, counsel for Plaintiff/Counter-Defendant, The Gillette

BOS1405654.1

Company via overnight mail.

    Respectfully submitted,

    ENERGIZER HOLDINGS, INC., SCHICK
    MANUFACTURING, INC., EVEREADY BATTERY
    COMPANY, INC., and ENERGIZER BATTERY, INC.

    By their Attorneys,

    /s/
    Richard D. Rochford, BBO No. 423950
    Jason C. Kravitz, BBO No. 565904
    Maia H. Harris, BBO No. 648208
    NIXON PEABODY LLP
    100 Summer Street
    Boston, MA 02110
    Telephone:  (617) 345-1000
    Facsimile:  (617) 345-1300

    Randall G. Litton (admitted *pro hac vice*)
    Matthew J. Gipson (admitted *pro hac vice*)
    Ginta D. Kukainis (admitted *pro hac vice*)
    PRICE, HENEVELD, COOPER, DEWITT & LITTON, LLP
    695 Kenmoor, S.E.
    P.O. Box 2567
    Grand Rapids, Michigan 49501-2567
    616/949-9610
    616/957-8196 (facsimile)

Dated: August 3, 2004