UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>        Plaintiff/<br>        Counter-Defendant,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC., SCHICK MANUFACTURING, INC., EVEREADY BATTERY COMPANY, INC., and ENERGIZER BATTERY, INC.<br><br>        Defendant/<br>        Counter-Plaintiff. | C.A. No. 03 12455 DPW |

**NOTICE OF FILING WITH THE CLERK'S OFFICE**

Notice is hereby given that Exhibit 1 to *Defendants' Reply to Gillette's Opposition to Motion for Sanctions Pursuant to Rule 11(c)* is being manually filed and is available in paper form only.

The original document is maintained in the case file in the Clerk's Office, and a hard-copy is being served to Catherine Nyarody, counsel for Plaintiff/Counter-Defendant, The Gillette

BOS1412697.2

Company via overnight mail.

        Respectfully submitted,

        ENERGIZER HOLDINGS, INC., SCHICK MANUFACTURING, INC., EVEREADY BATTERY COMPANY, INC., and ENERGIZER BATTERY, INC.

        By their Attorneys,

        /s/
        Richard D. Rochford, BBO No. 423950
        Jason C. Kravitz, BBO No. 565904
        Maia H. Harris, BBO No. 648208
        NIXON PEABODY LLP
        100 Summer Street
        Boston, MA 02110
        Telephone: (617) 345-1000
        Facsimile: (617) 345-1300

        Randall G. Litton (admitted *pro hac vice*)
        Matthew J. Gipson (admitted *pro hac vice*)
        Ginta D. Kukainis (admitted *pro hac vice*)
        PRICE, HENEVELD, COOPER, DEWITT & LITTON, LLP
        695 Kenmoor, S.E.
        P.O. Box 2567
        Grand Rapids, Michigan 49501-2567
        616/949-9610
        616/957-8196 (facsimile)

Dated: August 27, 2004