

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
2005 MAR -2  P 1:57

U.S. DISTRICT COURT
DISTRICT OF MASS.

The Gillette Company

V.                                   Case No. 03-12455-DPW

Engergizer Holdings, Inc.,
Schick Manfacturing Inc., Eveready Battery Co.
and Energizer Battery, Inc.

## RECEIPT

Received of the Clerk, U.S. District Court, the following SEALED documents and/or exhibits in the above-entitled case: Exhibits A-M

25    26

Name: Will Dunham
Firm: Ropes + Gray

Date: 3/2/2005