# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS


__The Gillette Company__


                    V.                              Case No._03-12455-DPW____


__Engergizer Holdings, Inc.,__
__Schick Manfacturing Inc., Eveready Battery Co.__
__and Energizer Battery, Inc.____

### R E C E I P T


**Received of the Clerk, U.S. District Court, the following SEALED documents and/or exhibits in the above-entitled case: Defendant's Motion  first set of interrogatories. Exhibits 1-17**


24


**Name:**   _Craig W Johnston_
**Firm:**   _Package King c/o_
            _Nixon Peabody_


**Date:**   _3/2/05____